**VITTORIA M. BOSSI, SBN 154694**
**CLAIR & BOSSI**
**2155 West March Lane, Suite 1A**
**Stockton, CA 95207**
**Telephone: (209) 477-1800**
**Facsimile: (209) 477-1821**

**Attorney for Justin William Moore**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**


**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**vs.**

**JUSTIN WILLIAM MOORE,**

      **Defendant.**

_____/

**Case Number 2:12-CR-00278-JAM**

**STIPULATION AND ORDER**
**TO CONTINUE HEARING**

**Date: June 11, 2013**
**Time: 9:45**
**Courtroom 6**
**Honorable John A. Mendez**

The parties, by and through their respective counsel, hereby stipulate and agree to vacate the hearing date of June 11, 2013, at 9:45 a.m. in Courtroom Number 6 and reset it for July 30, 2013, at 9:45 a.m. in Courtroom Number 6.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to July 30, 2013, under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv).

                    Respectfully submitted

Dated: June 7, 2013           /s/ Vittoria M. Bossi_____
                             Attorney for Justin William Moore


Dated: June 7, 2013           /s/ Jeffrey Spivak_____
                             Assistant United States Attorney
                             (Signed by Vittoria Bossi per verbal approval)

## ORDER

**IT IS HEREBY ORDERED:** That the hearing set for June 11, 2013, is vacated and is continued to July 30, 2013, at 9:45 a.m. in Courtroom Number 6.

It is further ORDERED that the time under the Speedy Trial Act between today's date July 30, 2013, is excluded under Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv).

Dated: 6/10/2013                          /s/ John A. Mendez
                                          HONORABLE  JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING