**VITTORIA M. BOSSI, SBN 154694**
**CLAIR & BOSSI**
**2155 West March Lane, Suite 1A**
**Stockton, CA 95207**
**Telephone: (209) 477-1800**
**Facsimile: (209) 477-1821**

**Attorney for Justin William Moore**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUSTIN WILLIAM MOORE,

    Defendant.

_____/

Case Number 2:12-CR-00278-JAM

STIPULATION AND ORDER FOR RELEASE OF PROPERTY POSTED FOR APPEARANCE BOND

The matter came before the Court on July 30, 2013. AUSA Jill Thomas was present and Vittoria Bossi was present for defendant, Justin William Moore. Parties stipulate that the Government will not seek forfeiture of the real property posted for the appearance bond.

Respectfully submitted

Dated: August 29, 2013     /s/ Vittoria M. Bossi
    Attorney for Justin William Moore

Dated: August 29, 2013     /s/ Jill Thomas
    Assistant United States Attorney
    (Signed by Vittoria Bossi per verbal approval)

## **ORDER**

**IT IS HEREBY ORDERED:** That a full reconveyance of said property be executed.

Dated: 9/3/2013          /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE